**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2712
Fax: (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -x
MIRIAM RUIZ,                  :
                              :
            Plaintiff,        :
                              :
     - v. -                   :
                              :    STIPULATION AND ORDER
                              :    08 Civ. 2839 (DLC)
MICHAEL J. ASTRUE,            :
Commissioner of               :
Social Security,              :
                              :
            Defendant.        :
                              :
- - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from May 19, 2008 to and including July 18, 2008.  This extension is requested because

the administrative record has not yet been received by the the defendant's counsel.  No previous extension has been requested in this case.

Dated: New York, New York
       April 30, 2008

                              BINDER & BINDER
                              Attorneys for Plaintiff

                         By: _____
                              CHARLES E. BINDER, ESQ.
                              215 Park Avenue South
                              6th Floor
                              New York, New York 10003
                              Telephone No. (212) 677-6801

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Defendant

                         By: _____
                              JOHN E. GURA, JR.
                              Assistant United States Attorney
                              86 Chambers Street, 3rd Floor
                              New York, New York   10007
                              Telephone No.: (212) 637-2712
                              John.Gura@usdoj@gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

May 12, 2008