

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

July 22, 2008

BY HAND

Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, New York  10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08
```

      Re:  Miriam Ruiz v. Astrue
           08 Civ. 2839(DLC)

Dear Judge Cote:

     This Office represents the Commissioner of Social Security, the defendant in this action.  I write respectfully to request a nunc pro tunc extension of defendant's time to answer or move with respect to the complaint.

     After one extension was granted because this Office had not yet received the administrative record, the answer was due on July 18, 2008.  Today, I discovered that due to a filing error I failed to record the new answer date correctly on my calendar.  I apologize to this Court and to plaintiff for this inadvertent error.  I have discussed this matter with the agency personnel, who advised me that the agency is currently reviewing this matter further.  In view of the foregoing, I respectfully request that defendant's time to answer or move with respect to the complaint be extended to September 5, 2008.  Plaintiff's counsel has graciously consented to this request.

*Granted.*
[signature]
July 23, 2008

We appreciate the Court's attention to this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JOHN E. GURA, Jr.
Assistant United States Attorney
Telephone: (212) 637-2712
Fax: (212) 637-2750

cc: Charles E. Binder, Esq.
(By Mail)